IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHARLES JACKSON, JR., | * | |
| Plaintiff, | * | |
| v. | * | CV 119-096 |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and HARLEY-DAVIDSON MOTOR COMPANY, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the remaining appearing parties' stipulation of dismissal with prejudice as to Defendant Equifax Information Services, LLC ("Equifax"). All remaining appearing parties signed the stipulation. For the reasons set forth in the Court's Order dated January 29, 2020 (Doc. 21), Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is a proper mechanism to dismiss less than all parties to a lawsuit.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Equifax. The Clerk is **DIRECTED** to **TERMINATE** Defendant Equifax as a party to this case and any motions pertaining to it. Plaintiff and Defendant Equifax shall bear their own costs and fees with respect to each other.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA