AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CHARLES JACKSON, JR.,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV 119-096

EQUIFAX INFORMATION SERVICES, LLC; TRANS
UNION, LLC; and HARLEY-DAVIDSON MOTOR
COMPANY,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that pursuant to the Order of the Court dated October 18, 2021, the Plaintiff's motion for default judgment against Harley-Davidson Motor Company is granted in part and denied in part. Therefore, the Court finds that Harley-Davidson Motor Company violated the FCRA, and statutory damages, costs, and attorney's fees are proper. Plaintiff is awarded the sum of $1,000.00 in statutory damages, $400.00 in costs, and $450.00 in attorney's fees for a total award in the sum of $1,850.00. Judgment is hereby entered in favor of the Plaintiff, and this civil action stands closed.

| | | |
|---|---|---|
| October 18, 2021 |  | John E. Triplett, Clerk of Court |
| *Date* | | *Clerk* |
| | | *(By) Deputy Clerk* |

GAS Rev 10/2020